26458. WEBB *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the defendant's conviction of the offense charged (possessing whisky); and the judge of the superior court did not, for any reason assigned, err in overruling the certiorari. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 8, 1937.

*B. J. Dantone, James R. Venable,* for plaintiff in error.
*John A. Boykin, solicitor-general, John S. McClelland, solicitor, J. W. LeCraw,* contra.